UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
WALTER PACHECO

                Plaintiff,

                                      **FRCP RULE 68 OFFER OF JUDGMENT**

      -against-

                                      Case No.: 22-cv-02727(GRB)(AYS)

TNT AUTOMOTIVE CORPORATION
(d/b/a TNT AUTOMOTIVE SERVICES, JOHN
TIRPAN and RICHARD DESANNO, individually.

                Defendants.
------------------------------------------------------------------------x

To: Lina Stillman
Attorney for Plaintiff
42 Broadway
12th Floor
NYNY  10004

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the defendants TNT AUTOMOTIVE CORPORATION, (d/b/a TNT AUTOMOTIVE SERVICES), JOHN TIRPAN and RICHARD DESANNO, hereby offer to allow entry of a judgment against them in the total amount of $45, 000.00 for all of plaintiff's claims for relief inclusive of legal fees and costs to be paid as follows: (a)$15,000.00 within thirty (30) days of plaintiff's acceptance of this offer of judgment; and (b) $30,000.00 within sixty (60) days of the initial payment.  This offer of judgment is made solely for the purposes specified in Federal Rules of Civil Procedure Rule 68 and is not to be construed as either an admission that defendants are liable in this action or that plaintiff suffered any damage.

This offer of judgment shall not be filed unless (a) accepted by plaintiff or (b) in a proceeding to determine costs. In accordance with Federal Rules of Civil Procedure Rule 68(b) this offer of judgment shall be considered withdrawn if not accepted by plaintiff within ten(10) days of receipt.

                                      Respectfully submitted,

                                      s/Oscar Michelen

                                      _____
                                      OSCAR MICHELEN
                                      CUOMO LLC
                                      Attorney for Defendants
                                      200 Old Country Road  Suite 2 South
                                      Mineola, NY 11501-4242
                                      516-741-3222  fax: 516-741-3223