UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X

WALTER PACHECO, *individually and on behalf of others similarly situated,*

                    *Plaintiff,*

-against-

TNT AUTOMOTIVE CORPORATION (DBA TNT Automotive Services) JOHN TIRPAN and RICHARD A. DESANNO, Individually,

-----------------------------------X

Civil Action No. **2:23-cv-02727-GRB-AYS**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

TO: **Cuomo LLC**
OSCAR MICHELEN
260 Madison Avenue, 21st Floor
New York, NY 10016
Tel.: 212-448-9933
OMichelen@cuomollc.com

      PLEASE TAKE NOTICE that Plaintiff WALTER PACHECO hereby accepts the offer of judgment made by Defendants TNT AUTOMOTIVE CORPORATION (DBA TNT Automotive Services) JOHN TIRPAN and RICHARD A. DESANNO pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated August 21, 2023. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York,
       August 21, 2023

Respectfully submitted,
**Stillman Legal PC**

By: /s/Lina Stillman
42 Broadway,
12th Floor New York,
New York 10004
P: 212-203-2417
LS@stillmanlegalpc.com
*Attorneys for Plaintiffs*