**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
WALTER PACHECO, individually and on
behalf of others similarly situated,

                Plaintiff,

  - against -                                    **JUDGMENT**
                                                    CV 23-2727 (GRB) (AYS)

TNT AUTOMOTIVE CORPORATION (DBA TNT
Automotive Services), JOHN TIRPAN and RICHARD
A. DESANNO, Individually,

                Defendants.
----------------------------------------------------------------X

A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on August 22, 2023, accepting Defendants August 21, 2023 offer to allow entry of judgment against them jointly and severally in the amount of $45,000.00 for all of Plaintiff's claims for relief inclusive of legal fees and costs, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Walter Pacheco and against Defendants TNT Automotive Corporation (dba TNT Automotive Services), John Tirpan, and Richard A. Desanno, jointly and severally, in the amount of $45,000.00 for all of Plaintiff's claims for relief inclusive of legal fees and costs; and that this case is closed.

Dated:  August 23, 2023
          Central Islip, New York

                                                                BRENNA B. MAHONEY
                                                                 CLERK OF COURT

                                                 By:    /s/ James J. Toritto
                                                           Deputy Clerk